Amy M. Samberg
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF, PC
1 East Washington St., Suite 500
Phoenix, AZ 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Justin S. Hepworth
Nevada Bar No. 10080
FORAN GLENNON PALANDECH
PONZI & RUDOLFF. PC
7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89113
Telephone: 702-761-6572
Facsimile: 312-863-5099
Email: jhepworth@fgppr.com

*Attorneys for Defendants Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WILLIAMS,<br><br>Plaintiff<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a corporation; LIBERTY MUTUAL INSURANCE COMPANY, a corporation; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00181-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jennifer Williams ("Plaintiff") and Defendants Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company (collectively "Liberty Mutual"), by and through their respective

counsel, that Plaintiff's claims against Liberty Mutual be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

DATED this 26th day of August, 2016.           Dated this 29th day of August, 2016.

LAW OFFICE OF BRUCE D. SCHUPP
VANNAH & VANNAH

By: _____
Bruce D. Schupp, Esq.
Nevada Bar No. 1458
1120 N. Town Center Drive, Suite 140
Las Vegas, NV 89144

Robert D. Vannah, Esq.
Nevada Bar No. 2503
Mark L. Jackson, Esq.
Nevada Bar No. 010905
400 S. 7th Street, Suite 200
Las Vegas, NV 89101

*Attorneys for Plaintiff*

FORAN GLENNON PALANDECH
PONZI & RUDOLFF

By: _____
Amy M. Samberg
Nevada Bar No. 10212
1 East Washington St., Ste. 500
Phoenix, AZ 85004

Justin S. Hepworth
Nevada Bar No. 10080
7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89113

*Attorneys for Defendant Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company*

## ORDER

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants in the above matter be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

DATED this 5th day of September, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge